IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CAMILO AVILA REYES,<br><br>    PETITIONER,<br><br>    v.<br><br>WARDEN, IRWIN COUNTY DETENTION CENTER, ET AL.,<br><br>    RESPONDENTS. | Civil Action No.<br><br>    7:26-cv-00151-WLS-CHW |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Camilo Avila Reyes, by and through Plaintiff's counsel, hereby files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff requests that the above-captioned action be voluntarily dismissed with prejudice as the parties have resolved the underlying dispute.

Dated: May 13, 2026.

Respectfully submitted,

**FOR PETITIONER:**

SONODA LAW FIRM

*/s/ Eszter Bardi*
Eszter K. Bardi
Georgia Bar No. 200449
ebardi@sonodalaw.com
1849 Clairmont Road
Decatur, Georgia 30033
Telephone: 470-755-9520
Fax: 404-393-8399
*Attorney for Petitioner*

SO ORDERED this 18th day
of May, 2026

W. Louis Sands, Sr. Judge
United States District Court