IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CAMILO AVILA REYES,                          *

               Petitioner,                    *

v.                                                         Case No. 7:26-cv-151 (WLS-CHW)

                                           *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                              *

               Respondents.                   *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 18, 2026, and for the reasons stated therein, JUDGMENT is hereby dismissing this case.

This 19th day of May, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk